KEVIN G. CLARKSON
ATTORNEY GENERAL

Margaret Paton-Walsh
(AK Bar No. 0411074)
Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, AK 99501
Telephone: (907) 269-5275
Facsimile: (907) 276-3697
Email: margaret.paton-walsh@alaska.gov

Attorney for the State of Alaska

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | | |
|---|---|---|
| DISABLEITY LAW CENTER OF ALASKA, NATIVE PEOPLES ACTION COMMUNITY FUND, ALASKA PUBLIC INTEREST RESEARCH GROUP, ALEIJA STOVER, AND CAMILLE ROSE NELSON, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. _____ |
| v. | ) ) | **DEFENDANT'S NOTICE OF REMOVAL** |
| KEVIN MEYER, LIEUTENANT GOVERNOR OF ALASKA, and the STATE OF ALASKA, DIVISION OF ELECTIONS, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

      The defendants, Lieutenant Governor Kevin Meyer and the Alaska Division of Elections, under 28 U.S.C. § 1441(a) and 1446, provide notice of the removal of the above-captioned case from the Superior Court for the State of Alaska, Third Judicial

District at Anchorage, Case No. 3AN-20-07060 CI, to this Court. The removal is based on the following grounds.

1. The complaint alleges violation of the Twenty-Sixth Amendment to the U.S. Constitution; violation of the right to vote and the Due Process guarantee of the state and federal constitutions; violation of the First and Fourteenth Amendments; violation of civil rights under the Alaska Constitution, Art. I, § 3; and violation of 42 U.S.C. §§ 12131, et. seq. (Title II of the Americans with Disabilities Act) and 42 U.S.C. § 1983; and it requests declaratory and other relief pursuant to 28 U.S.C. §§ 2201 and 2202.

2. This court has original jurisdiction over the action under the provisions of 28 U.S.C. § 1331, and the action is one which may be removed to this court pursuant to the provisions of 28 U.S.C. § 1441 because it is a civil action arising under the Constitution, laws, or treaties of the United States.

3. This court has supplemental jurisdiction under 28 U.S.C. § 1367 over the plaintiffs' state law claims, which arise from the same set of operative facts as their federal claims.

4. Service has not yet been completed on defendants, but the defendants received a courtesy copy of the complaint on Friday, and given the expedited character of the litigation, the State will not delay removal.

5. This Notice of Removal is being filed within thirty days after the defendants' receipt of the complaint and the summons, and is therefore timely filed under 28 U.S.C. § 1446(b).

*Disability Law Center, et al. v. Meyer, et al.*  Case No. _____
Defendant's Notice of Removal     Page 2 of 4
Case 3:20-cv-00173-JMK   Document 1   Filed 07/20/20   Page 2 of 4

6.     Written notice of the filing of this Notice will promptly be given to all adverse parties as required by 28 U.S.C. § 1446(d).

7.     A Notice to State Court of Removal will be filed in the Superior Court for the State of Alaska, Third Judicial District at Anchorage, Case No. 3AN-20-07060 CI, on behalf of the defendant.

8.     Nothing in this removal is intended to waive any remaining immunities the State of Alaska may have under the Eleventh Amendment or AS 09.50.250.

DATED July 20, 2020.

           KEVIN G. CLARKSON
           ATTORNEY GENERAL

By:    */s/ Margaret Paton-Walsh*
      Margaret Paton-Walsh
      (AK Bar No. 0411074)
      Assistant Attorney General
      Department of Law
      1031 West Fourth Avenue, Suite 200
      Anchorage, AK 99501
      Telephone: (907) 269-5275
      Facsimile: (907) 276-3697
      Email: margaret.paton-walsh@alaska.gov

*Disability Law Center, et al. v. Meyer, et al.*    Case No. _____
Defendant's Notice of Removal    Page 3 of 4
Case 3:20-cv-00173-JMK   Document 1   Filed 07/20/20   Page 3 of 4

## CERTIFICATE OF SERVICE

I certify that on July 20, 2020, the foregoing document was served via U.S. mail and email on the following:

Jason Harrow
Equal Citizens
3243 South La Cienega Blvd., Suite B
Los Angeles, CA 90064
jason@equalcitizens.us

Michael Donofrio
Stris & Maher, LLP
2d Floor, 28 Elm Street
Montpelier, VT 05602
michael.donofrio@stris.maher.com

Scott M. Kendall
Samuel G. Gottstein
Holmes Weddle & Barcott, PC
701 West 8th Avenue, Suite 700
Anchorage, AK 99501
smkendall@hwb-law.com
sgottstein@hwb-law.com

*/s/ Margaret Paton-Walsh*
Margaret Paton-Walsh
Assistant Attorney General

*Disability Law Center, et al. v. Meyer, et al.*     Case No. _____
Defendant's Notice of Removal     Page 4 of 4
Case 3:20-cv-00173-JMK    Document 1    Filed 07/20/20    Page 4 of 4