Scott M. Kendall
Alaska Bar No. 0405019
Samuel G. Gottstein
Alaska Bar No. 1511099
Holmes Weddle & Barcott, P.C.
701 West 8th Avenue, Ste. 700
Anchorage, AK 99501
Phone: 907.274.0666
Fax: 907.277.4657
smkendall@hwb-law.com
sgottstein@hwb-law.com

Jason Harrow (*Pro Hac Vice*)
Equal Citizens
3243B S. La Cienega Blvd.
Los Angeles, CA 90016
jason@equalcitizens.us

Michael Donofrio (*Pro Hac Vice*)
Stris & Maher LLP
28 Elm St., 2d Fl.
Montpelier, VT 05602
michael.donofrio@strismaher.com
*Attorneys for Plaintiffs*

HOLMES WEDDLE & BARCOTT, PC
701 WEST EIGHTH AVENUE, SUITE 700
ANCHORAGE, AK 99501-3408
TELEPHONE (907) 274-0666
FACSIMILE (907) 277-4657

# IN THE U.S. DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DISABILITY LAW CENTER OF ALASKA, NATIVE PEOPLES ACTION COMMUNITY FUND, ALASKA PUBLIC INTEREST RESEARCH GROUP, ALEIJA STOVER, and CAMILLE ROSE NELSON,<br><br>        Plaintiffs,<br><br>    v.<br><br>KEVIN MEYER, LIEUTENANT GOVERNOR OF ALASKA and the STATE OF ALASKA, DIVISION OF ELECTIONS,<br><br>        Defendants. | Case No. 3:20-cv-173-JMK |

## **STIPULATION ON OVERLENGTH BRIEFING**

Stipulation on Overlength Briefing
*Disability Law Center of Alaska v. Meyer*     Page 1
Case No. 3:20-cv-173-JMK

Case 3:20-cv-00173-JMK   Document 11   Filed 07/22/20   Page 1 of 4

HOLMES WEDDLE & BARCOTT, PC
701 WEST EIGHTH AVENUE, SUITE 700
ANCHORAGE, AK 99501-3408
TELEPHONE (907) 274-0666
FACSIMILE (907) 277-4657

The parties, by and through their counsel of record, hereby stipulate that all briefing related to Plaintiffs' Motion for Preliminary Injunction be allowed to exceed the page/word limit set forth in Local Rule 7.4(a)(2) for the reasons set forth below. The parties request that the court instead apply the page/word limits established under Local Rule 7.4(a)(1) for motions brought under Fed. R. Civ. P.12(b)(6), 12(c), and 56.

Good cause exists to grant this stipulated request. This Court permits motions brought under Rules 12(b), 12(c), and 56 to be up to 35 pages or 10,000 words, while other motions may not exceed 20 pages or 5,700 words. *See* Local Rule 7.4(a)(1). However, because the preliminary injunction standard requires discussion of the substantive merits of the claims, motions for a preliminary injunction generally contain substantive argument more like the argument in motions under Rule 12 or 56—that is, motions to dismiss or for summary judgment—than other, less substantive motions. *See* Local Rule 7.4(a)(2).

Plaintiffs' motion contains a detailed factual recitation as well as substantive legal argument regarding multiple claims under the U.S. and Alaska Constitutions and the Americans with Disabilities Act. It is thus not possible for Plaintiffs make a complete presentation of the factual and legal issues without proceeding under the rule that would apply if the motion were

brought under Rule 12 or 56. This Court should thus exercise its discretion to permit both Plaintiffs and Defendants to file overlength briefs using the length limits in Local Rule 7.4(a)(1).

A proposed order is filed herewith.

Dated: 07-22-20  */s/ Scott M. Kendall*
Scott M. Kendall
Alaska Bar No. 0405019
Samuel G. Gottstein
Alaska Bar No. 1511099
HOLMES WEDDLE & BARCOTT, PC

Jason Harrow (*Pro Hac Vice*)
EQUAL CITIZENS

Michael Donofrio (*Pro Hac Vice*)
STRIS & MAHER LLP
*Attorneys for Plaintiffs*

Dated: 07-22-20  */s/ Margaret Paton-Walsh (consent)*
Margaret Paton-Walsh
Alaska Bar No. 0411074
Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Ste. 200
Anchorage, Alaska 99501
Phone:  907-269-5275
Fax:  907-276-3697
Email: margaret.paton-walsh.alaska.gov
*Attorney for Defendants*

HOLMES WEDDLE & BARCOTT, PC
701 WEST EIGHTH AVENUE, SUITE 700
ANCHORAGE, AK 99501-3408
TELEPHONE (907) 274-0666
FACSIMILE (907) 277-4657

## **CERTIFICATE OF SERVICE**

I hereby certify that, on the 22nd day of July 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Margaret Paton-Walsh
Attorney General's Office
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
margaret.paton-walsh@alaska.gov

                                              */s/ Scott M. Kendall*
                                              Scott M. Kendall

**HOLMES WEDDLE & BARCOTT, PC**
701 WEST EIGHTH AVENUE, SUITE 700
ANCHORAGE, AK 99501-3408
TELEPHONE (907) 274-0666
FACSIMILE (907) 277-4657