Scott M. Kendall
Alaska Bar No. 0405019
Samuel G. Gottstein
Alaska Bar No. 1511099
Holmes Weddle & Barcott, P.C.
701 West 8th Avenue, Ste. 700
Anchorage, AK 99501
Phone:  907.274.0666
Fax:  907.277.4657
smkendall@hwb-law.com
sgottstein@hwb-law.com

Jason Harrow
Equal Citizens
3243B S. La Cienega Blvd.
Los Angeles, CA 90016
jason@equalcitizens.us

Michael Donofrio
Stris & Maher LLP
28 Elm St., 2d Fl.
Montpelier, VT 05602
michael.donofrio@strismaher.com
*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DISABILITY LAW CENTER OF ALASKA, NATIVE PEOPLES ACTION COMMUNITY FUND, ALASKA PUBLIC INTEREST RESEARCH GROUP, ALEIJA STOVER, AND CAMILLE ROSE NELSON,<br><br>    Plaintiffs,<br> v.<br>KEVIN MEYER, LIEUTENANT GOVERNOR OF ALASKA and the STATE OF ALASKA, DIVISION OF ELECTIONS,<br>    Defendants. | Case No.: 3:20-cv-00173-JMK |

## **MOTION FOR PRELIMINARY INJUNCTION**

Motion to for Preliminary Injunction
*Disability Law Center of Alaska v. Meyer*
 Case No. 3:20-cv-173-JMK

Page 1

HOLMES WEDDLE & BARCOTT, PC
701 WEST EIGHTH AVENUE, SUITE 700
ANCHORAGE, AK  99501-3408
TELEPHONE (907) 274-0666
FACSIMILE (907) 277-4657

HOLMES WEDDLE & BARCOTT, PC
701 WEST EIGHTH AVENUE, SUITE 700
ANCHORAGE, AK 99501-3408
TELEPHONE (907) 274-0666
FACSIMILE (907) 277-4657

COME NOW Plaintiffs, by and through counsel of record, who hereby move for a preliminary injunction pursuant to Federal Rule of Civil Procedure 65. This motion is supported by a memorandum in support of Plaintiff's motion for preliminary injunction, as well as the Affidavit of Scott Kendall and attached exhibits.

Dated this 22nd day of July 2020, at Anchorage, Alaska.

*/s/ Scott M. Kendall*
Scott M. Kendall
Alaska Bar No. 0405019
Samuel G. Gottstein
Alaska Bar No. 1511099
HOLMES WEDDLE & BARCOTT, PC

Jason Harrow (*Pro Hac Vice*)
EQUAL CITIZENS

Michael Donofrio (*Pro Hac Vice*)
STRIS & MAHER LLP
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that, on the 22nd day of July 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Margaret Paton-Walsh
Attorney General's Office
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
margaret.paton-walsh@alaska.gov

*/s/ Scott M. Kendall*
Scott M. Kendall

Motion to for Preliminary Injunction
*Disability Law Center of Alaska v. Meyer*                                    Page 2
Case No. 3:20-cv-173-JMK