Thomas P. Amodio
Keri-Ann C. Baker
Reeves Amodio LLC
500 L. Street Ste. 300
Anchorage, Alaska 99501
907-222-7100
*tom@reevesamodio.com*
*Kbaker@reevesamodio.com*

Attorneys for Intervening Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DISABILITY LAW CENTER OF ALASKA, NATIVE PEOPLES ACTION COMMUNITY FUND, ALASKA PUBLIC INTEREST RESEARCH GROUP, ALEIJA STOVER, and CAMILLE ROSE NELSON,<br><br>Plaintiffs,<br><br>ALASKA COMMUNITY ACTION ON TOXICS, the ALASKA CENTER EDUCATION FUND, and PLANNED PARENTHOOD VOTES NORTHWEST AND HAWAII,<br><br>Intervening Plaintiffs,<br><br>vs.<br><br>KEVIN MEYER, LIEUTENANT GOVERNOR OF ALASKA and the STATE OF ALASKA, DIVISION OF ELECTIONS,<br><br>Defendants. | Case No.: 3:20-cv-00173-JMK |

## **MOTION TO INTERVENE**

MOTION TO INTERVENE
*Disability Law Center of Alaska, et al. v. Kevin Meyer, et al.*
Case No. 3:20-cv-00173-JMK
REEVES AMODIO LLC
500 L STREET, SUITE 300
ANCHORAGE, ALASKA 99501-1990
PHONE (907) 222-7100, FAX (907) 222-7199

Intervening Plaintiffs, ALASKA COMMUNITY ACTION ON TOXICS ("ACAT"), the ALASKA CENTER EDUCATION FUND ("ACEF"), and PLANNED PARENTHOOD VOTES NORTHWEST & HAWAII ("Planned Parenthood"), move pursuant to Federal R. Civ. P. 24 to intervene in this proceeding as a matter of right or alternatively seek permissive intervention. If the court declines to allow the Intervening Plaintiffs to intervene in this lawsuit the Court should allow the Intervening Plaintiffs to participate in this proceeding as amici curiae ("Amici"). For the reasons discussed above, the Intervening Plaintiffs should be given the opportunity to protect their interests and those of their members or representative populations through intervention. This motion is supported by the accompanying memorandum. If allowed intervention status, Intervening Plaintiffs will file their Complaint in Intervention promptly.

DATED at Anchorage, Alaska this 28th day of July 2020.

>
> REEVES AMODIO LLC
> Attorneys for Intervening Plaintiffs ACAT, ACEF and Planned Parenthood
>
> By: _/s/ KCBaker for_
> Thomas P. Amodio    ABA No. 8511142
>
> By: _/s/ KCBaker_
> Keri-Ann C. Baker    ABA No. 1812129

REEVES AMODIO LLC
500 L STREET, SUITE 300
ANCHORAGE, ALASKA 99501-1990
PHONE (907) 222-7100, FAX (907) 222-7199

MOTION TO INTERVENE
*Disability Law Center of Alaska, et al. v. Kevin Meyer, et al.*
Case No. 3:20-cv-00173-JMK
Case 3:20-cv-00173-JMK    Document 17    Filed 07/28/20    Page 2 of 3
PAGE 2 OF 3

Certificate of Service

On this 28th day of July 2020
a true and correct copy of the foregoing
was served upon the following party
through the CM-ECF electronic filing system:

Scott M. Kendall
Samuel G. Gottstein
Homes Weddle & Barcott, PC
701 W 8th Ave., Suite 700
Anchorage, AK 99501
smkendall@hwb-law.com
sgottstein@hwb-law.com

Jason Harrow
Equal Citizens
3243B S. La Cienega Blvd.
Los Angeles, CA 90016
jason@equalcitizens.us

Michael Donofrio
Stris & Maher LLP
28 Elm St., 2d Fl.
Montpelier, VT 05602 m
michael.donofrio@strismaher.com

Kevin Meyer
Lieutenant Governor of Alaska
Office of the Lt. Governor
P.O. Box 110001
Juneau, AK 99811-0001

State of Alaska
Division of Elections
2525 Gambell Street, Suite 100
Anchorage, AK 99503-2838

/s/ Michelle Dehner
_____
            Michelle Dehner

MOTION TO INTERVENE
*Disability Law Center of Alaska, et al. v. Kevin Meyer, et al.*
Case No. 3:20-cv-00173-JMK