IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DISABILITY LAW CENTER OF ALASKA; NATIVE PEOPLES ACTION COMMUNITY FUND; ALASKA PUBLIC INTEREST RESEARCH GROUP; ALEIJA STOVER; and CAMILLE ROSE NELSON,<br><br>     Plaintiffs,<br><br> vs.<br><br>KEVIN MEYER, Lieutenant Governor of Alaska; and STATE OF ALASKA, DIVISION OF ELECTIONS,<br><br>     Defendants. | Case No. 3:20-cv-00173-JMK<br><br>**ORDER RE OVERLENGTH BRIEFING** |

    For the reasons stated in the parties' Stipulation on Overlength Briefing, the stipulation is hereby GRANTED. Both Plaintiffs' and Defendants' overlength briefs will be accepted for filing because they comply with the page or word limits contained in Local Rule 7.4(a)(1). Plaintiffs' reply, if any, also shall comply with the page or word limits in Local Rule 7.4(a)(1).

    IT IS SO ORDERED this 28th day of July, 2020, at Anchorage, Alaska.

                     */s/ Joshua M. Kindred*
                     JOSHUA M. KINDRED
                     United States District Judge