KEVIN G. CLARKSON
ATTORNEY GENERAL

Margaret Paton-Walsh
(AK Bar No. 0411074)
Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, AK 99501
Telephone: (907) 269-5275
Facsimile: (907) 276-3697
Email: margaret.paton-walsh@alaska.gov

Attorney for the State of Alaska

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DISABLEITY LAW CENTER OF ALASKA, NATIVE PEOPLES ACTION COMMUNITY FUND, ALASKA PUBLIC INTEREST RESEARCH GROUP, ALEIJA STOVER, AND CAMILLE ROSE NELSON,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>KEVIN MEYER, LIEUTENANT GOVERNOR OF ALASKA, and the STATE OF ALASKA, DIVISION OF ELECTIONS,<br><br>　　　　　　Defendants. | Case No. 3:20-cv-00173-JMK<br><br>**DECLARATION OF ANNE ZINK** |

　　　　I, Anne Zink, declare under penalty of perjury that the following is true and

correct:

　　　　1.　　I am the Chief Medical Officer for the State of Alaska, Department of

Health and Social Services. My job duties include providing advice and setting policy on public health matters. I have been directly involved in monitoring and advising on the current public health emergency caused by the global pandemic of COVID-19.

2. Our understanding of this virus is constantly evolving, including understanding its transmissibility and what individuals are at highest risk of hospitalization if they contract the virus.

3. The information available on the virus early in the year showed that people who were older or who had underlying medical conditions were at higher risk for hospitalization and death from COVID-19. The CDC used the cut off of 65 in their messaging, while messaging that the older someone is, the higher risk they are.

4. Recently, the CDC has revised its guidance to simply indicate that the risk for severe illness increases with age, and the most vulnerable age group is now listed as those 85 years and older. The CDC also lists many other health conditions which can be found here https://www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/people-at-increased-risk.html and is updated regularly.

5. Despite the change in categorization, the CDC still reports that 8 out of 10 COVID-19 deaths in the United States have been in adults 65 years of age or older.

6. Over the course of this pandemic, other high risk groups have been identified. These groups have also shifted over time as we learn more about the virus. For example, asthma was initially considered to put individuals at higher risk because of the fact that the virus attacks the lungs, but since that time, the CDC has changed this category to say those with moderate or severe asthma *may* be at higher risk. The studies

*DLC, et al. v. Meyer, et al.*  Case No. 3:20-cv-00173-JMK
Declaration of Anne Zink  Page 2 of 3
Case 3:20-cv-00173-JMK   Document 23   Filed 08/03/20   Page 2 of 3

have not been definitive on this subject. Another more recent example is that cancer was not previously listed but recent data has shown that cancer does present a higher risk for severe illness.

7. We continue to learn new information every day about this virus as well as ways to minimize spread of the disease. The most effective ways to minimize the spread of the disease continue to be social distancing, frequent handwashing or sanitizing, and wearing adequate face coverings that cover the nose and mouth.

8. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on August 3rd, 2020.

/s/ Anne Zink
Dr. Anne Zink
Chief Medical Officer
State of Alaska
Dept.of Health and Social Services

## CERTIFICATE OF SERVICE

I certify that on August 3rd, 2020, the foregoing document was served on all parties via the CM/ECF filing system.

/s/ Margaret Paton-Walsh
Margaret Paton-Walsh
Assistant Attorney General

*DLC, et al. v. Meyer, et al.* Case No. 3:20-cv-00173-JMK
Declaration of Anne Zink Page 3 of 3
Case 3:20-cv-00173-JMK   Document 23   Filed 08/03/20   Page 3 of 3