Thomas P. Amodio, ABA No. 8511142
Keri-Ann C. Baker, ABA No. 1812129
REEVES AMODIO LLC
500 L. Street Ste. 300
Anchorage, Alaska 99501
907-222-7100
*tom@reevesamodio.com*
*kbaker@reevesamodio.com*

Attorneys for Intervening Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DISABLE LAW CENTER OF ALASKA, NATIVE PEOPLES ACTION COMMUNITY FUND, ALASKA PUBLIC INTEREST RESEARCH GROUP, ALEIJA STOVER, and CAMILLE ROSE NELSON, <br><br> vs. <br><br> KEVIN MEYER, LIEUTENANT GOVERNOR OF ALASKA and the STATE OF ALASKA, DIVISION OF ELECTIONS, <br><br> Defendants. | Case No.: 3:20-cv-00173-JMK |

**ENTRY OF APPEARANCE**

In order to ensure she receives prompt and timely notifications, Keri-Ann C. Baker, of the law firm of Reeves Amodio LLC (who has been an attorney of record in this matter from the beginning but has for whatever reason not received electronic notification from the court), hereby enters her appearance for and on behalf of Plaintiff Alaska Community Action on Toxics, the

ENTRY OF APPEARANCE -KERI-ANN C. BAKER
*Disability Law Center of Alaska, et al. v. Kevin Meyer, et al.*
Case No. 3:20-cv-00173-JMK

PAGE **1** OF **3**

Case 3:20-cv-00173-JMK   Document 30   Filed 08/18/20   Page 1 of 3

REEVES AMODIO LLC
500 L STREET, SUITE 300
ANCHORAGE, ALASKA 99501-1990
PHONE (907) 222-7100, FAX (907) 222-7199

Alaska Center Education Fund, and Planned Parenthood Votes Northwest and Hawaii in the above-entitled matter and request that copies of all pleadings and documents are served upon:

>Keri-Ann C. Baker
>Reeves Amodio LLC
>500 L Street, Suite 300
>Anchorage, Alaska 99501
>(907) 222-7100
>kbaker@reevesamodio.com

DATED at Anchorage, Alaska this 18th day of August, 2020.

>REEVES AMODIO LLC
>Attorneys for Intervening Plaintiffs ACAT, the Center and Planned Parenthood
>
>By: /s/ Keri-Ann C. Baker
>_____
>Keri-Ann C. Baker, ABA No. 1812129

Certificate of Service

On this 18th day of August 2020
a true and correct copy of the foregoing
was served upon the following party
through the CM-ECF electronic filing system:

Scott M. Kendall
Samuel G. Gottstein
Homes Weddle & Barcott, PC
701 W 8th Ave., Suite 700
Anchorage, AK 99501
smkendall@hwb-law.com
sgottstein@hwb-law.com

Jason Harrow
Equal Citizens
3243B S. La Cienega Blvd.
Los Angeles, CA 90016
 jason@equalcitizens.us

Michael Donofrio
Stris & Maher LLP

ENTRY OF APPEARANCE - KERI-ANN C. BAKER
*Disability Law Center of Alaska, et al. v. Kevin Meyer, et al.*
Case No. 3:20-cv-00173-JMK

28 Elm St., 2d Fl.
Montpelier, VT 05602 m
michael.donofrio@strismaher.com

Kevin Meyer
Lieutenant Governor of Alaska
Office of the Lt. Governor
P.O. Box 110001
Juneau, AK 99811-0001

State of Alaska
Division of Elections
2525 Gambell Street, Suite 100
Anchorage, AK 99503-2838

/s/ Michelle Dehner
_____
       Michelle Dehner

REEVES AMODIO LLC
500 L STREET, SUITE 300
ANCHORAGE, ALASKA 99501-1990
PHONE (907) 222-7100, FAX (907) 222-7199

ENTRY OF APPEARANCE - KERI-ANN C. BAKER
*Disability Law Center of Alaska, et al. v. Kevin Meyer, et al.*
Case No. 3:20-cv-00173-JMK

PAGE 3 OF 3

Case 3:20-cv-00173-JMK   Document 30   Filed 08/18/20   Page 3 of 3