Scott M. Kendall
Alaska Bar No. 0405019
Samuel G. Gottstein
Alaska Bar No. 1511099
Holmes Weddle & Barcott, P.C.
701 West 8th Avenue, Ste. 700
Anchorage, AK 99501
Phone: 907.274.0666
Fax: 907.277.4657
smkendall@hwb-law.com
sgottstein@hwb-law.com

Jason Harrow
Equal Citizens
3243B S. La Cienega Blvd.
Los Angeles, CA 90016
jason@equalcitizens.us

Michael Donofrio
Stris & Maher LLP
28 Elm St., 2d Fl.
Montpelier, VT 05602
michael.donofrio@strismaher.com
*Attorneys for Plaintiffs*

IN THE U.S. DISTRICT COURT FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DISABILITY LAW CENTER OF ALASKA, NATIVE PEOPLES ACTION COMMUNITY FUND, ALASKA PUBLIC INTEREST RESEARCH GROUP, ALEIJA STOVER, and CAMILLE ROSE NELSON,<br>　　　　　Plaintiffs,<br>　　v.<br>KEVIN MEYER, LIEUTENANT GOVERNOR OF ALASKA and the STATE OF ALASKA, DIVISION OF ELECTIONS,<br>　　　　　Defendants. | Case No. 3:20-cv-173-JMK |

**MOTION FOR INJUNCTION PENDING APPEAL**

Motion for Injunction Pending Appeal
*Disability Law Center of Alaska v. Meyer*
Case No. 3:20-cv-173-JMK
Case 3:20-cv-00173-JMK   Document 38   Filed 09/04/20   Page 1 of 4

Page 1

HOLMES WEDDLE & BARCOTT, PC
701 WEST EIGHTH AVENUE, SUITE 700
ANCHORAGE, AK 99501-3408
TELEPHONE (907) 274-0666
FACSIMILE (907) 277-4657

Pursuant to Federal Rule of Civil Procedure 62(d) and Federal Rule of Appellate Procedure 8(a)(1), Plaintiffs Disability Law Center Of Alaska, Native Peoples Action Community Fund, Alaska Public Interest Research Group, Aleija Stover, and Camille Rose Nelson, request that this Court grant Plaintiffs' requested injunction pending appeal.

*First*, as stated in Plaintiffs' filings and at oral argument, there will be no realistic way to remedy the unconstitutional discrimination if additional mailings are not made as soon as possible. If Plaintiffs are successful on appeal, by the time a decision is issued, the particular relief requested will be moot.

*Second*, the Court erred in denying relief for the reasons stated in Plaintiffs' filings and at oral argument. In particular, the Court incorrectly held that the Twenty-Sixth Amendment does not apply to this case. The Court also incorrectly accepted the State's illogical claim that a mailing of 100,000 additional paper applications somehow *reduced* the supposed "practical concern regarding the Division of Elections' ability to effectively process high volumes of paper applications as justification for preferring that the majority of Alaskans utilize the online application apparatus."[1] Logically, there is no way that placing more *paper* applications in the hands of voters can further an interest in increasing the number of *online* applications. Defendants'

---

[1] Order at 10–11.

Motion for Injunction Pending Appeal
*Disability Law Center of Alaska v. Meyer*
Case No. 3:20-cv-173-JMK

Page 2

explanation thus does not even withstand the rational basis test, even assuming the Court is correct that there is only a minimal burden on Plaintiffs' right to vote.

For those reasons and those already stated, an injunction pending appeal is warranted. The injunction requested is identical to that initially requested: that Defendants 1) immediately mail absentee ballot applications to all eligible Alaskan voters who have not yet received one; and 2) provide equal assistance in voting absentee to all eligible voters during the general election.[2]

Dated this 4th day of September 2020, at Anchorage, Alaska.

>  */s/ Scott M. Kendall*
> Scott M. Kendall
> Alaska Bar No. 0405019
> Samuel G. Gottstein
> Alaska Bar No. 1511099
> HOLMES WEDDLE & BARCOTT, PC
>
> Jason Harrow (*Pro Hac Vice*)
> EQUAL CITIZENS
>
> Michael Donofrio (*Pro Hac Vice*)
> STRIS & MAHER LLP
> *Attorneys for Plaintiffs*

---

[2] Dkt. No. 13 at 2–3.

Motion for Injunction Pending Appeal
*Disability Law Center of Alaska v. Meyer*
Case No. 3:20-cv-173-JMK

Page 3

HOLMES WEDDLE & BARCOTT, PC
701 WEST EIGHTH AVENUE, SUITE 700
ANCHORAGE, AK 99501-3408
TELEPHONE (907) 274-0666
FACSIMILE (907) 277-4657

## CERTIFICATE OF SERVICE

I hereby certify that, on the 4th day of September 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Margaret Paton-Walsh
Attorney General's Office
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
margaret.paton-walsh@alaska.gov

Thomas P. Amodio
Keri-Ann Baker
Reeves Amodio LLC
500 L Street, Ste 300
Anchorage, AK 99501
tom@reevesamodio.com
kbaker@reevesamodio.com,

Craig W. Richards
Law Offices of Craig Richards
810 N Street, Ste 100
Anchorage, AK 99501
crichards@alaskaprofessionalservices.com

                                  */s/ Scott M. Kendall*
                                  Scott M. Kendall

HOLMES WEDDLE & BARCOTT, PC
701 WEST EIGHTH AVENUE, SUITE 700
ANCHORAGE, AK 99501-3408
TELEPHONE (907) 274-0666
FACSIMILE (907) 277-4657

Motion for Injunction Pending Appeal
*Disability Law Center of Alaska v. Meyer*
Case No. 3:20-cv-173-JMK
Page 4
Case 3:20-cv-00173-JMK   Document 38   Filed 09/04/20   Page 4 of 4