|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | SEP 22 2020 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

DISABILITY LAW CENTER OF ALASKA; et al.,

    Plaintiffs-Appellants,

 v.

KEVIN MEYER, Lieutenant Governor of Alaska; STATE OF ALASKA, DIVISION OF ELECTIONS,

    Defendants-Appellees.

No. 20-35778

D.C. No. 3:20-cv-00173-JMK
District of Alaska,
Anchorage

ORDER

Before: O'SCANNLAIN, RAWLINSON, and CHRISTEN, Circuit Judges.

The motions for leave to become amici curiae (Dkt. Nos. 14 and 17) are granted. The Clerk shall file the amicus briefs submitted on September 16, 2020 and September 17, 2020.

Appellants' emergency motion for injunctive relief pending appeal (Docket Entry No. 3) is denied.

The briefing schedule established previously remains in effect.