Scott M. Kendall
Alaska Bar No. 0405019
Samuel G. Gottstein
Alaska Bar No. 1511099
Holmes Weddle & Barcott, P.C.
701 West 8th Avenue, Ste. 700
Anchorage, AK 99501
Phone: 907.274.0666
Fax: 907.277.4657
smkendall@hwb-law.com
sgottstein@hwb-law.com

Jason Harrow
Equal Citizens
3243B S. La Cienega Blvd.
Los Angeles, CA 90016
jason@equalcitizens.us

Michael Donofrio
Stris & Maher LLP
28 Elm St., 2d Fl.
Montpelier, VT 05602
michael.donofrio@strismaher.com
*Attorneys for Plaintiffs*

HOLMES WEDDLE & BARCOTT, PC
701 WEST EIGHTH AVENUE, SUITE 700
ANCHORAGE, AK 99501-3408
TELEPHONE (907) 274-0666
FACSIMILE (907) 277-4657

IN THE U.S. DISTRICT COURT FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DISABILITY LAW CENTER OF ALASKA, NATIVE PEOPLES ACTION COMMUNITY FUND, ALASKA PUBLIC INTEREST RESEARCH GROUP, ALEIJA STOVER, and CAMILLE ROSE NELSON,<br><br>           Plaintiffs,<br>   v.<br><br>KEVIN MEYER, LIEUTENANT GOVERNOR OF ALASKA and the STATE OF ALASKA, DIVISION OF ELECTIONS,<br><br>           Defendants. | Case No. 3:20-cv-173-JMK |

## JOINT STATUS REPORT

On December 17, the Court directed the parties to confer and file a joint status report.[1] The parties conferred and respond as follows:

After the Ninth Circuit denied Plaintiffs' request for emergency injunctive relief pending appeal and granted their request for an extension of time, Plaintiffs filed their opening brief in the Ninth Circuit on December 1, 2020. The Ninth Circuit then extended Defendants' deadline to file its opposition to March 1, 2021, and Plaintiffs' reply will be due thereafter. Oral argument will then proceed in due course.

Given the current timeline, the parties do not expect the appeal to be resolved until at least this summer. Neither party expects there to be any filings in the district court until the appeal's resolution.

---

[1] Dkt. No. 44.

HOLMES WEDDLE & BARCOTT, PC
701 WEST EIGHTH AVENUE, SUITE 700
ANCHORAGE, AK 99501-3408
TELEPHONE (907) 274-0666
FACSIMILE (907) 277-4657

Dated this 13th day of January, 2021 at Anchorage, Alaska.

*/s/ Scott M. Kendall*
Scott M. Kendall
Alaska Bar No. 0405019
Samuel G. Gottstein
Alaska Bar No. 1511099
HOLMES WEDDLE & BARCOTT, PC

Jason Harrow (*Pro Hac Vice*)
EQUAL CITIZENS

Michael Donofrio (*Pro Hac Vice*)
STRIS & MAHER LLP
*Attorneys for Plaintiffs*

*/s/ Margaret Paton-Walsh*
Margaret Paton-Walsh
Attorney General's Office
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
margaret.paton-walsh@alaska.gov
*Attorneys for Defendants*

HOLMES WEDDLE & BARCOTT, PC
701 WEST EIGHTH AVENUE, SUITE 700
ANCHORAGE, AK 99501-3408
TELEPHONE (907) 274-0666
FACSIMILE (907) 277-4657

Joint Status Report
*Disability Law Center of Alaska v. Meyer*
Case No. 3:20-cv-173-JMK
Page 3

Case 3:20-cv-00173-JMK   Document 45   Filed 01/13/21   Page 3 of 4

## **CERTIFICATE OF SERVICE**

     I hereby certify that, on the 13th day of January 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Margaret Paton-Walsh
Attorney General's Office
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
margaret.paton-walsh@alaska.gov

                                                 */s/ Scott M. Kendall*
                                                 Scott M. Kendall

**HOLMES WEDDLE & BARCOTT, PC**
701 WEST EIGHTH AVENUE, SUITE 700
ANCHORAGE, AK 99501-3408
TELEPHONE (907) 274-0666
FACSIMILE (907) 277-4657

Joint Status Report
*Disability Law Center of Alaska v. Meyer*
Case No. 3:20-cv-173-JMK
Page 4

Case 3:20-cv-00173-JMK   Document 45   Filed 01/13/21   Page 4 of 4