anc.law.ecf@alaska.gov

TREG R. TAYLOR
ATTORNEY GENERAL

Thomas S. Flynn
Alaska Bar No. 1910085
Assistant Attorney General
Department of Law
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
Telephone: (907) 269-5275
Fax: (907) 276-3697
Email: thomas.flynn@alaska.gov

Attorney for the State of Alaska

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DISABLE LAW CENTER OF ALASKA; NATIVE PEOPLES ACTION COMMUNITY FUND; ALASKA PUBLIC INTEREST RESEARCH GROUP; ALEIJA STOVER; and CAMILLE ROSE NELSON,<br><br>    Plaintiffs,<br><br>v.<br><br>KEVIN MEYER, Lieutenant Governor of Alaska; and STATE OF ALASKA, DIVISION OF ELECTIONS,<br><br>    Defendants. | <br><br><br><br><br><br><br><br><br><br><br><br><br><br>Case No. 3:20-cv-00173-JMK |

### ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Thomas S. Flynn, Assistant Attorney General,

hereby enters his appearance as counsel of record for Lieutenant Governor Kevin Meyer

and the State of Alaska, Division of Elections, in the above-captioned matter. Copies of all notices, motions, and pleadings should be sent to the following address:

    Thomas S. Flynn
    Department of Law
    1031 West Fourth Avenue, Suite 200
    Anchorage, AK 99501
    Telephone: (907) 269-5275
    Email: thomas.flynn@alaska.gov

DATED: July 13, 2021.

                TREG R. TAYLOR
                ATTORNEY GENERAL

        By:    */s/ Thomas S. Flynn*
                Thomas S. Flynn
                Assistant Attorney General
                Alaska Bar No. 1910085

## CERTIFICATE OF SERVICE

I certify that on July 13, 2021, the foregoing document was served on all parties via the CM/ECF filing system.

                */s/ Thomas S. Flynn*
                Thomas S. Flynn
                Assistant Attorney General

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE (907) 269-5100