anc.law.ecf@alaska.gov

TREG R. TAYLOR
ATTORNEY GENERAL

Thomas S. Flynn
Alaska Bar No. 1910085
Margaret Paton Walsh
Alaska Bar No. 0411074
Assistant Attorneys General
Department of Law
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
Telephone: (907) 269-5275
Fax: (907) 276-3697
Email: thomas.flynn@alaska.gov
　　　　margaret.paton-walsh@alaska.gov

Attorneys for the State of Alaska

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| DISABLITY LAW CENTER OF ALASKA; NATIVE PEOPLES ACTION COMMUNITY FUND; ALASKA PUBLIC INTEREST RESEARCH GROUP; ALEIJA STOVER; and CAMILLE ROSE NELSON, <br><br>　　　　Plaintiffs, <br><br>v. <br><br>KEVIN MEYER, Lieutenant Governor of Alaska; and STATE OF ALASKA, DIVISION OF ELECTIONS, <br><br>　　　　Defendants. | <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Case No. 3:20-cv-00173-JMK |

**SECOND JOINT STATUS REPORT**

On January 13, 2021, the Court directed the parties to file a second joint status report. [Dkt. 46] The parties conferred and respond as follows:

The parties have completed briefing in the Ninth Circuit and oral argument is scheduled for August 5, 2021. Given the current timeline, the parties do not expect the appeal to be resolved until later this summer, at the earliest. Neither party expects there to be any filings in the district court until the appeal's resolution.

DATED: July 13, 2021.

> TREG R. TAYLOR
> ATTORNEY GENERAL
>
> By: */s/ Thomas S. Flynn*
> Thomas S. Flynn
> Alaska Bar No. 1910085
> Margaret Paton Walsh
> Alaska Bar No. 0411074
> Assistant Attorneys General
>
> */s/Jason Harrow*
> Jason Harrow (*Pro Hac Vice*)
> EQUAL CITIZENS
>
> Scott M. Kendall
> Alaska Bar No. 0405019
> Samuel G. Gottstein
> Alaska Bar No. 1511099
> HOLMES WEDDLE & BARCOTT, PC
>
> Michael Donofrio (*Pro Hac Vice*)
> STRIS & MAHER LLP
> *Attorneys for Plaintiffs*

**DEPARTMENT OF LAW**
**OFFICE OF THE ATTORNEY GENERAL**
**ANCHORAGE BRANCH**
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE (907) 269-5100

## CERTIFICATE OF SERVICE

I certify that on July 13, 2021, the foregoing document was served on all parties via the CM/ECF filing system.

>*/s/ Thomas S. Flynn*
>Thomas S. Flynn
>Assistant Attorney General

**DEPARTMENT OF LAW**
**OFFICE OF THE ATTORNEY GENERAL**
**ANCHORAGE BRANCH**
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE (907) 269-5100