Scott M. Kendall
Alaska Bar No. 0405019
Cashion Gilmore & Lindemuth
510 L Street # 601
Anchorage, AK 99501
Phone: 907.274.0666
Fax: 907.277.4657

Jason Harrow (*Pro Hac Vice*)
Equal Citizens
3243B S. La Cienega Blvd.
Los Angeles, CA 90016
jason@equalcitizens.us

Michael Donofrio (*Pro Hac Vice*)
Stris & Maher LLP
28 Elm St., 2d Fl.
Montpelier, VT 05602
michael.donofrio@strismaher.com
*Attorneys for Plaintiffs*

# IN THE U.S. DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DISABILITY LAW CENTER OF ALASKA, NATIVE PEOPLES ACTION COMMUNITY FUND, ALASKA PUBLIC INTEREST RESEARCH GROUP, ALEIJA STOVER, and CAMILLE ROSE NELSON,<br><br>    Plaintiffs,<br><br> v.<br><br>KEVIN MEYER, LIEUTENANT GOVERNOR OF ALASKA and the STATE OF ALASKA, DIVISION OF ELECTIONS,<br><br>    Defendants. | Case No. 3:20-cv-173-JMK |

## STATUS REPORT

This Court requested a joint status update by today.

On August 24, 2021, the Ninth Circuit dismissed Plaintiffs' appeal as moot. *See* D. Ct. Dkt. No. 50. Plaintiffs are currently still considering their response to that decision. They expect to submit an additional response or other status update by September 20 that will give the Court and Defendant a more definitive idea of the expected next steps in this case.

Dated: September 13, 2021      */s/ Jason S. Harrow*
                                                         Jason Harrow (*Pro Hac Vice*)
                                                         EQUAL CITIZENS

                                                         Scott M. Kendall
                                                         CASHION GILMORE & LINDEMUTH
                                                         Alaska Bar No. 0405019

                                                         Michael Donofrio (*Pro Hac Vice*)
                                                         STRIS & MAHER LLP
                                                         *Attorneys for Plaintiffs*