Scott M. Kendall
Alaska Bar No. 0405019
Samuel G. Gottstein
Alaska Bar No. 1511099
Cashion Gilmore & Lindemuth
510 L Street, Suite 601
Anchorage, AK 99501
Phone:  907-222-7932
Fax:  907-222-7938
scott@cashiongilmore.com
sam@cashiongilmore.com

Jason Harrow
Equal Citizens
3243B S. La Cienega Blvd.
Los Angeles, CA 90016
jason@equalcitizens.us

Michael Donofrio
Stris & Maher LLP
28 Elm St., 2d Fl.
Montpelier, VT 05602
michael.donofrio@strismaher.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DISABILITY LAW CENTER OF ALASKA, NATIVE PEOPLES ACTION COMMUNITY FUND, ALASKA PUBLIC INTEREST RESEARCH GROUP, ALEIJA STOVER and CAMILLE ROSE NELSON,<br><br>                    Plaintiffs,<br><br>KEVIN MEYER, LIEUTENANT GOVERNOR OF ALASKA and the STATE OF ALASKA, DIVISION OF ELECTIONS,<br><br>                    Defendants. | Case No.: 3:20-cv-00173-JMK |

## NOTICE OF CHANGE OF LAW FIRM

Scott M. Kendall and Samuel G. Gottstein, attorneys for Plaintiffs Disability Law Center of

Alaska, Native Peoples Action Community Fund, Alaska Public Interest Research Group, Aleija

NOTICE OF CHANGE OF LAW FIRM
*Disability Law Center of Alaska v. Meyer,* Case No. 3:20-cv-173-JMK
Page 1 of 3
Case 3:20-cv-00173-JMK   Document 54   Filed 09/17/21   Page 1 of 3

Stover, and Camille Rose Nelson, hereby inform the court and all parties in this action that they are no longer associated with the law firm of Holmes Weddle & Barcott, P.C. The undersigned will continue to represent Plaintiffs now that they have joined the law firm of Cashion Gilmore & Lindemuth. Counsel's contact information for all future service is as follows:

>Scott M. Kendall
>Cashion Gilmore & Lindemuth
>510 L Street, Suite 601
>Anchorage, AK 99501
>Phone: 907-222-7932
>Fax: 907-222-7938
>Email: scott@cashiongilmore.com
>
>Samuel G. Gottstein
>Cashion Gilmore & Lindemuth
>510 L Street, Suite 601
>Anchorage, AK 99501
>Phone: 907-222-7932
>Fax: 907-222-7938
>Email: sam@cashiongilmore.com

CASHION GILMORE & LINDEMUTH
Attorneys for Plaintiffs

DATED: September 17, 2021

s/ Scott M. Kendall
Scott M. Kendall
Alaska Bar No. 0405019
Samuel G. Gottstein
Alaska Bar No. 1511099

NOTICE OF CHANGE OF LAW FIRM
*Disability Law Center of Alaska v. Meyer,* Case No. 3:20-cv-173-JMK
Page 2 of 3
Case 3:20-cv-00173-JMK   Document 54   Filed 09/17/21   Page 2 of 3

**CERTIFICATE OF SERVICE**
I hereby certify that on September 17, 2021, a true and correct copy of the foregoing was served by electronic means through the CM/ECF system on the following:

Margaret Paton-Walsh
Attorney General's Office
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
margaret.paton-walsh@alaska.gov

By: s/Scott M. Kendall

NOTICE OF CHANGE OF LAW FIRM
*Disability Law Center of Alaska v. Meyer,* Case No. 3:20-cv-173-JMK    Page 3 of 3
Case 3:20-cv-00173-JMK   Document 54   Filed 09/17/21   Page 3 of 3