Scott M. Kendall
Alaska Bar No. 0405019
Cashion Gilmore & Lindemuth
510 L Street # 601
Anchorage, AK 99501
Phone: 907.274.0666
Fax: 907.277.4657

Jason Harrow (*Pro Hac Vice*)
Equal Citizens
3243B S. La Cienega Blvd.
Los Angeles, CA 90016
jason@equalcitizens.us

Michael Donofrio (*Pro Hac Vice*)
Stris & Maher LLP
28 Elm St., 2d Fl.
Montpelier, VT 05602
michael.donofrio@strismaher.com
*Attorneys for Plaintiffs*

## IN THE U.S. DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DISABILITY LAW CENTER OF ALASKA, NATIVE PEOPLES ACTION COMMUNITY FUND, ALASKA PUBLIC INTEREST RESEARCH GROUP, ALEIJA STOVER, and CAMILLE ROSE NELSON,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>KEVIN MEYER, LIEUTENANT GOVERNOR OF ALASKA and the STATE OF ALASKA, DIVISION OF ELECTIONS,<br><br>　　　　　Defendants. | Case No. 3:20-cv-173-JMK |

## RULE 41 STIPULATION OF DISMISSAL

Rule 41 Dismissal
*Disability Law Center of Alaska v. Meyer*　　　　　　　　　　　　　　　　　　　　Page 1
Case No. 3:20-cv-173-JMK

Plaintiffs Disability Law Center Of Alaska, Native Peoples Action Community Fund, Alaska Public Interest Research Group, Aleija Stover, and Camille Rose Nelson and Defendants Kevin Meyer, Lieutenant Governor of Alaska; and State of Alaska, Division of Elections hereby stipulate under Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Dated: September 27, 2021  */s/ Jason S. Harrow*
Jason Harrow (*Pro Hac Vice*)
EQUAL CITIZENS
3243B S. La Cienega Blvd.
Los Angeles, CA 90016

Scott M. Kendall
CASHION GILMORE & LINDEMUTH
Alaska Bar No. 0405019

Michael Donofrio (*Pro Hac Vice*)
STRIS & MAHER LLP
*Attorneys for Plaintiffs*

*/s/ Thomas Flynn*
Thomas Flynn
Margaret Paton-Walsh
ALASKA DEPARTMENT OF LAW
1031 West 4th Avenue, Suite 200
Anchorage, AK 99501
(907) 269-5720