IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DISABILITY LAW CENTER OF ALASKA; NATIVE PEOPLES ACTION COMMUNITY FUND; ALASKA PUBLIC INTEREST RESEARCH GROUP; ALEIJA STOVER; and CAMILLE ROSE NELSON,<br><br>Plaintiffs,<br><br>vs.<br><br>KEVIN MEYER, Lieutenant Governor of Alaska; and STATE OF ALASKA, DIVISION OF ELECTIONS<br><br>Defendants. | Case No. 3:20-cv-00173-JMK<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

As stipulated by the parties at Docket 55, filed September 27, 2021, it is hereby

ORDERED that this matter is **DISMISSED WITH PREJUDICE**, the parties to bear their own respective costs and attorney fees, if any.

FURTHER ORDERED that pending motions, if any, are DENIED, and pending deadlines and filing requirements, if any, are VACATED.

IT IS SO ORDERED this 27th day of September, 2021, at Anchorage, Alaska.

                                                     */s/ Joshua M. Kindred*
                                                    JOSHUA M. KINDRED
                                                  United States District Judge